■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES GREGORY WILLIAMS, Also Known as "BAM BAM", Appellant.—Appeal by defendant, as limited by his motion, from three sentences of the County Court, Nassau County, all imposed June 16, 1977, upon his convictions of conspiracy in the second degree (Indictment No. 45894), attempted robbery in the second degree (Indictment No. 45801) and grand larceny in the third degree (Indictment No. 45807), the sentences being terms of imprisonment of up to four years on the conspiracy conviction, two to six years on the attempted robbery conviction, and up to four years on the grand larceny conviction. Sentences imposed upon the conspiracy and grand larceny convictions affirmed. No opinion. Sentence imposed upon the attempted robbery conviction reversed, on the law, and case remitted to the County Court for resentencing. The court failed to comply with the provisions of section 70.00 (subd 3, par [b]) of the Penal Law when it imposed a minimum sentence. Mollen, P. J., Hopkins, Martuscello and Latham, JJ., concur.

## (February 15, 1978)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DORIS D. on Behalf of MARK B., Appellant, v BROOKLYN BUREAU OF COMMUNITY SERVICES et al., Respondents.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Kings County, entered January 9, 1978, which "denied" the writ. Judgment reversed, on the law, without costs or disbursements, and petition granted to the extent that the respondent Family Court is directed to hold a hearing forthwith, pursuant to section 1055 (subd [b], pars [i], [ii]) of the Family Court Act on the application of the respondent Brooklyn Bureau of Community Services to extend the placement of petitioner's son, Mark B., as a neglected child. The rights of the parties to an expeditious hearing concerning an extension of placement pursuant to section 1055 (subd [b], par [ii]) of the Family Court Act, may not be frustrated by continued adjournments (cf. *Matter of Susan F.,* 59 AD2d 783). The disposition here made was consented to by petitioner on the argument of this appeal. Damiani, J. P., Suozzi, Rabin and Shapiro, JJ., concur.

## (February 21, 1978)

■ JOHN J. FEOLA, Appellant, v BETTY GUCCIONE et al., Respondents.— In a negligence action to recover damages for personal injuries, etc., plaintiff appeals from an order of the Supreme Court, Westchester County, dated September 30, 1977, which denied his renewed motion for a general preference. Order reversed, with $50 costs and disbursements, and motion granted. Under the circumstances of this case, Special Term improvidently exercised its discretion in denying plaintiff's motion for a general preference. Martuscello, J. P., Damiani, Titone and Shapiro, JJ., concur.